IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIC HUMBERT | : |
|  | : CIVIL ACTION |
| v. | : |
|  | : NO. 08-0268 |
| TROY LEVI, ET AL. | : |

**O R D E R**

**AND NOW**, this   2nd   day of   April  , 2015, upon consideration of Defendants Troy Levi, David Knox, Darrin Howard, Sheila Normandeau, David Dempsey, David Cruz, Richard Esbenson, David Filippi, David Cunningham, Paul DiSalvatore, Michael Bittner, and Irvin Smith's Consolidated Motion to Dismiss, or in the Alternative, for Summary Judgment (ECF No. 17), and all papers submitted in support thereof and in opposition thereto, it is **ORDERED** that Defendants' Motion for Summary Judgment is **GRANTED**.  The Clerk of Court is directed to enter judgment in favor of Defendants and against Plaintiff Eric Humbert, and to mark this matter **CLOSED**.

IT IS SO ORDERED.

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**